# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

Court of Appeals No. (If known): **12 - 15 - 00 119 - CV**

Trial Court Style: James Jordan V. Debra DentLeal A/K/A Debbie D. Leal and Tango Transport INC.

Trial Court & County: Upshur - 115th          Trial Court No.:

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: 5/29/15

Anticipated Number of Pages of Record: 500

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:     (Check all that apply - attach additional pages if necessary.)

☒ to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either ☐ the required fee or to make arrangements to pay the fee for preparing the record.

☐ my duties listed below preclude working on this record:

☐ Other. (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by _____, and I **hereby request an additional _30_ days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

6/28/15
Date

903-843-2836
Office Phone Number

drennann@aol.com
E-mail Address (if available)

Signature *Deanna Drennan*

Printed Name Deanna Drennan

Official Title 115th District Ct Rptr

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):

Name: MATTHW Thigpen

Address: 223 South Bonner Arenue
Tyler, Tx 75702

Phone no.: _____

Attorney for: ~~Appellant~~
Debra Leal, Tango
Transport, Inc.

Lead Counsel for APPELLEE(S):

Name: J.R. Rusty Phenix

Address: P.O. Drawer 1005
Henderson, Tx 75653

Phone no.: _____

Attorney for: Appellee, James Jordan

Lead Counsel for APPELLANT(S):

Name: _____

Address: _____
_____

Phone no.: _____

Attorney for: _____

Lead Counsel for APPELLEE(S):

Name: _____

Address: _____

Phone no.: _____

Attorney for: _____

Additional                     information,                          if                          any:

Emailed & followed up with letter
advising cost to Mr. Thigpen.
This form emailed to Mr. Thigpen & mailed to
Mr. Phenix 6/28/15.